## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BOCA GAS COMPANY
HOLDINGS 2, LLC, a Florida
Limited Liability Company,

      Plaintiff,

v.                                                                Case No. 3:23-cv-366-BJD-PDB

FIRST COAST ENERGY, LLP,
Colorado limited partnership,

      Defendant.

_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for

Preliminary Injunction (Doc. 51).

The Court will facilitate an expeditious resolution of Defendant's

request to enjoin Plaintiff from using of misbranded or alternative sources of

fuel. To that end, the Court will set an expedited briefing schedule for

consideration of Defendant's Motion. The Court expects strict adherence to

the deadlines established by this Order.

After due consideration, it is

**ORDERED:**

1.     Defendant's Motion for Preliminary Injunction (Doc. 51) is

     **TAKEN UNDER ADVISEMENT.**

2.    Plaintiff shall respond, in no more than twenty-five (25) substantive pages, to Defendant's Motion no later than May 23, 2023. On or before May 29, 2023, Defendant may file a reply of no more than seven (7) substantive pages.

3.    The Court will set the matter for **HEARING** on Defendant's Motion for Preliminary Injunction (Doc. 51), if necessary, once the parties have filed their briefing. The Hearing will be conducted in accordance with Rule 65 and the Local Rules. This case does not appear to involve the exceptional situation wherein the Court anticipates submission of evidence at the hearing. See Local Rule 3.01(h). On the same date that Plaintiff's response is due, the parties shall file a notice with the Court stating whether they believe an evidentiary hearing is necessary. Unless otherwise ordered, the hearing will be limited to the written submissions and arguments of counsel.

**DONE** and **ORDERED** in Jacksonville, Florida this _8th_ day of May, 2023.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties