*Boca Gas Company Holdings 2, LLC v. First Coast Energy, L.L.P.*
Case No.: 3:23-cv-366-BJD-PDB

# Exhibit A

to

**Plaintiff/Counter-Defendant Boca Gas Company Holdings 2, LLC's Response To Motion For Preliminary Injunction**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:23-cv-366-BJD-PDB

BOCA GAS COMPANY HOLDINGS 2, LLC, a Florida limited liability company,

    Plaintiff,

vs.

FIRST COAST ENERGY, L.L.P., a Colorado limited partnership,

    Defendant.
_____/

**SECOND DECLARATION OF ABBAS JAFERI IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT BOCA GAS COMPANY HOLDINGS 2, LLC'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C § 1746, I, Abbas Jaferi, hereby declare as follows:

1. I am over the age of eighteen and competent to provide the testimony herein.

2. I am the Chief Executive Officer and a member of Plaintiff/Counter-Defendant, BOCA GAS COMPANY HOLDINGS 2, LLC ("Boca Gas").

3. I re-incorporate the statements made in my First Declaration to this Court on March 31, 2023. [D.E 5-1].

4. Six hours after First Coast sold the 28 facilities to Boca Gas, Boca Gas sold its real estate interest in the facilities to 28 different entities, most of which

are collectively known as the Embree Entities who are the current landlords for the facilities.

5. First Coast owed, or was holding onto money belonging to, Boca Gas in the form $565,000 in credit card surpluses and an $800,000 fuel security deposit.

6. For each facility, First Coast and Shell credit card system and loyalty programs would account for between 15% and 50% of Boca Gas's fuel revenue.

7. The fuel revenue of the facilities accounts for over 90% of Boca Gas's gross revenue.

8. Since the Notice of Termination, the facilities have been unable to obtain a consistent source of fuel for all 28 stations, nor accept Shell and other First Coast brand credit cards for payment of motor fuel.

9. Since the Notice of Termination, First Coast has sent several correspondences to affiliates of Boca Gas and other third parties to deter them from further transacting with Boca Gas for the purposes of purchasing fuel.

10. Since the Notice of Termination, each facility has been marked by a significant decline in income.

11. I have reviewed Boca Gas's 2022 financial data, of which I am involved in the preparation and maintenance thereof. In the event an injunction is granted, assuming this litigation persists for approximately a year and a half, Boca Gas would sustain a loss of gross revenue for the lifetime of this case of roughly $150 million. This is premised on the fact that for year 2022, Boca Gas experienced

gross fuel revenues in the amount of $98 million. Of course, if this litigation were to go beyond the next year and a half, Boca Gas would experience losses of, at least, $100 million per year, discounting inflation and growth.

I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed on this 23rd day of May, 2023.

_____
Abbas Jaferi