*Boca Gas Company Holdings 2, LLC v. First Coast Energy, L.L.P.*
Case No.: 3:23-cv-366-BJD-PDB

# Exhibit B

to

**Plaintiff/Counter-Defendant Boca Gas Company Holdings 2, LLC's Response To Motion For Preliminary Injunction**



































