UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOCA GAS COMPANY HOLDINGS 2, LLC

    Plaintiff,

v.

FIRST COAST ENERGY, L.L.P.

    Defendant.

_____/

FIRST COAST ENERGY, L.L.P.

    Counterclaim-Plaintiff,

v.

BOCA GAS HOLDINGS 2, LLC, et al.,

    Counterclaim-Defendants.

_____/

Case No. 3:23-cv-00366-BJD-PBD

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Counterclaim-Defendants, Ali Jaferi and Ather Jaferi (collectively, the "Jaferis"), through their undersigned counsel, file this Answer and Affirmative Defenses to the Counterclaim filed by First Coast Energy, LLP [DE 30], as follows:

### ANSWER

1. Without knowledge.

2. Admitted.

3. Admitted that the Jaferis are residents of Palm Beach County, Florida, Remainder of allegations denied.

4. Without knowledge.

5. Without knowledge.

6. Without knowledge.

7. Without knowledge.

8. Without knowledge.

9. Without knowledge.

10. Without knowledge.

11. Without knowledge.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Legal conclusion.

19. Legal conclusion.

20. Legal conclusion.

21. Without knowledge.

22. Without knowledge.

23. Without knowledge.

24. Without knowledge.

25. Without knowledge.

26. Without knowledge.

27. Without knowledge.

28. Legal conclusion.

29. Supply agreements speak for themselves.

30. Supply agreements speak for themselves.

31. Supply agreements speak for themselves.

32. Supply agreements speak for themselves.

33. Supply agreements speak for themselves.

34. Supply agreements speak for themselves.

35. Without knowledge.

36. Without knowledge.

37. Declarations speak for themselves.

38. Declarations speak for themselves.

39. Declarations speak for themselves.

40. Without knowledge.

41. Note speaks for itself.

42. Legal conclusion.

43. Without knowledge.

44. Without knowledge.

45. Without knowledge.

46. Without knowledge.

47. Without knowledge.

48. Without knowledge.

49. Without knowledge.

50. Without knowledge.

51. Without knowledge.

52. Without knowledge.

53. Without knowledge.

54. Without knowledge.

55. Without knowledge.

56. Without knowledge.

57. Without knowledge.

58. Without knowledge.

59. Denied.

60. Without knowledge.

61. Without knowledge.

62. Without knowledge.

63. Without knowledge.

64. Without knowledge.

65. Without knowledge.

66. Without knowledge.

67. Without knowledge.

68. Without knowledge.

69. Legal conclusion.

70. Legal conclusion.

71. Denied.

72. Allegations are not directed at the Jaferis and therefore no response is necessary.

73. Allegations are not directed at the Jaferis and therefore no response is necessary.

74. Allegations are not directed at the Jaferis and therefore no response is necessary.

75. Allegations are not directed at the Jaferis and therefore no response is necessary.

76. Allegations are not directed at the Jaferis and therefore no response is necessary.

77. Allegations are not directed at the Jaferis and therefore no response is necessary.

78. Allegations are not directed at the Jaferis and therefore no response is necessary.

79. Allegations are not directed at the Jaferis and therefore no response is necessary.

80. Allegations are not directed at the Jaferis and therefore no response is necessary.

81. Allegations are not directed at the Jaferis and therefore no response is necessary.

82. Allegations are not directed at the Jaferis and therefore no response is necessary.

83. Allegations are not directed at the Jaferis and therefore no response is necessary.

84. Allegations are not directed at the Jaferis and therefore no response is necessary.

85. The Jaferis incorporate by reference their responses contained in paragraphs 1 through 71 above.

86. Admitted.

87. Denied.

88. Denied.

89. Allegations are not directed at the Jaferis and therefore no response is necessary.

90. Allegations are not directed at the Jaferis and therefore no response is necessary.

91. Allegations are not directed at the Jaferis and therefore no response is necessary.

92. Allegations are not directed at the Jaferis and therefore no response is necessary.

93. Allegations are not directed at the Jaferis and therefore no response is necessary.

94. Allegations are not directed at the Jaferis and therefore no response is necessary.

95. Allegations are not directed at the Jaferis and therefore no response is necessary.

96. Allegations are not directed at the Jaferis and therefore no response is necessary.

97. Allegations are not directed at the Jaferis and therefore no response is necessary.

98. Allegations are not directed at the Jaferis and therefore no response is necessary.

99. Allegations are not directed at the Jaferis and therefore no response is necessary.

100. Allegations are not directed at the Jaferis and therefore no response is necessary.

101. Allegations are not directed at the Jaferis and therefore no response is necessary.

102. Allegations are not directed at the Jaferis and therefore no response is necessary.

103. Allegations are not directed at the Jaferis and therefore no response is necessary.

104. Allegations are not directed at the Jaferis and therefore no response is necessary.

105. Allegations are not directed at the Jaferis and therefore no response is necessary.

106. Allegations are not directed at the Jaferis and therefore no response is necessary.

107. Allegations are not directed at the Jaferis and therefore no response is necessary.

108. Allegations are not directed at the Jaferis and therefore no response is necessary.

109. Allegations are not directed at the Jaferis and therefore no response is necessary.

110. Allegations are not directed at the Jaferis and therefore no response is necessary.

111. Allegations are not directed at the Jaferis and therefore no response is necessary.

112. Allegations are not directed at the Jaferis and therefore no response is necessary.

113. Allegations are not directed at the Jaferis and therefore no response is necessary.

114. Allegations are not directed at the Jaferis and therefore no response is necessary.

115. Allegations are not directed at the Jaferis and therefore no response is necessary.

116. Allegations are not directed at the Jaferis and therefore no response is necessary.

117. Allegations are not directed at the Jaferis and therefore no response is necessary.

118. Allegations are not directed at the Jaferis and therefore no response is necessary.

119. Allegations are not directed at the Jaferis and therefore no response is necessary.

120. Allegations are not directed at the Jaferis and therefore no response is necessary.

121. Allegations are not directed at the Jaferis and therefore no response is necessary.

**WHEREFORE**, the Jaferis demand the entry of a judgment in their favor denying any relief requested against them by Counter-Plaintiff and awarding such other relief deemed appropriate under the circumstances.

## AFFIRMATIVE DEFENSES

As for their First Affirmative Defense, Counterclaim-Plaintiff's claims are barred by its unclean hands as more fully described in the Complaint [DE 1] filed in this action and fully incorporated herein.

As for their Second Affirmative Defense, Counterclaim-Plaintiff's claims are subject to setoff of the substantial amounts owed to Plaintiff, Boca Gas Company Holdings 2, LLC in this action.

The Jaferis reserve their right to assert additional affirmative defenses and/or other affirmative relief against First Coast Energy, LLP as more information becomes available through discovery.

Dated this 2nd day of June, 2023.

> **LAW OFFICE OF MARK S. ROHER, P.A.**
> *Counsel for Ali and Ather Jaferi*
> 1806 N. Flamingo Road, Suite 300
> Pembroke Pines, Florida 33028
> Email:  mroher@markroherlaw.com
> Telephone:  (954) 353-2200
>
> By:   */s/ Mark S. Roher*
>         Mark S. Roher
>         Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2023, a true and correct copy of the foregoing was served by CM/ECF on all parties of record.

> */s/ Mark S. Roher*
> Mark S. Roher