**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BOCA GAS COMPANY HOLDINGS 2,
LLC, a Florida limited liability company,     CASE NO.: 3:23-cv-00366-BJD-PDB

       Plaintiff,

v.

FIRST COAST ENERGY, L.L.P., a
Colorado limited partnership

       Defendant.
_____/

FIRST COAST ENERGY, L.L.P., a
Colorado limited partnership

       Counterclaim Plaintiff,

v.

BOCA GAS COMPANY HOLDINGS 2,
LLC, a Florida limited liability company,
*et al.*,

       Counterclaim Defendants.
_____/

**FIRST COAST'S REPORT ON STATUS OF SETTLEMENT**

Plaintiff First Coast Energy, L.L.P. ("First Coast") provides this report on the status of the parties' settlement. Unfortunately, the parties' attempts to settle this matter have not been successful. The parties' agreement—extended multiple times by agreement—provided for a final closing that was to be completed by Friday, June 14, 2024. That closing did not occur, and as a result the parties have exhausted all reasonable efforts to resolve this dispute by settlement. Accordingly,

First Coast requests that the Court place this matter back on its active docket and enter a case management order establishing deadlines to move the case forward.

                                      NELSON MULLINS RILEY &
                                      SCARBOROUGH LLP

By:   */s/ Lee D. Wedekind, III*

Lee D. Wedekind, III (Lead Counsel)
Florida Bar No. 670588
John P. McDermott, Jr.
Florida Bar No. 1025565
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3652 (direct)
lee.wedekind@nelsonmullins.com
john.mcdermott@nelsonmullins.com
allison.abbott@nelsonmullins.com

Attorneys for First Coast Energy, L.L.P.

2