## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BOCA GAS COMPANY HOLDINGS 2,
LLC, a Florida limited liability company,   CASE NO.: 3:23-cv-00366-BJD-PDB

       Plaintiff,

v.

FIRST COAST ENERGY, L.L.P., a
Colorado limited partnership

       Defendant.
_____/

FIRST COAST ENERGY, L.L.P., a
Colorado limited partnership

       Counterclaim Plaintiff,

v.

BOCA GAS COMPANY HOLDINGS 2,
LLC, a Florida limited liability company,
*et al.*,

       Counterclaim Defendants.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL
### OF COUNTERCLAIM WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Counterclaim Plaintiff First Coast Energy, L.L.P. and Counterclaim Defendants Boca Gas Company Holdings 2, LLC, Abbas Jaferi, Ali Jaferi, Ather Jaferi, Hani Baskaron, and Salpie Baskaron, individuals, and ECM-BG2-Jacksonville, FL-1-UT, LLC, ECM-BG2-Jacksonville, FL-2-UT, LLC, ECM-BG2-Jacksonville, FL-3-UT,

LLC, ECM-BG2-Jacksonville, FL-4-UT, LLC, ECM-BG2-Jacksonville, FL-5-UT, LLC, ECM-BG2-Jacksonville, FL-6-UT, LLC, ECM-BG2-Jacksonville, FL-7-UT, LLC, ECM-BG2-Orange Park, FL-1-UT, LLC, ECM-BG2-St Augustine, FL-1-UT, LLC, ECM-BG2-Lake City, FL-1-UT, LLC, ECM-BG2-Yulee, FL-1-UT, LLC, ECM-BG2-Ormond Beach, FL-1-UT, LLC, and Palm Holding Realty LLC hereby stipulate that the counterclaim be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| Nelson Mullins Riley & Scarborough LLP | Weiss Serota Helfman Cole & Bierman |
| By: */s/ John P. McDermott, Jr.*<br>　　John P. McDermott, Jr.<br>　　Florida Bar No. 1025565<br>　　50 N. Laura Street, Suite 4100<br>　　Jacksonville, Florida 32202<br>　　(904) 665-3607 (direct)<br>　　john.mcdermott@nelsonmullins.com<br>　　allison.abbott@nelsonmullins.com | By: */s/ Howard D. DuBosar*<br>　　Howard D. DuBosar<br>　　Florida Bar No. 729108<br>　　Harrison R. DuBosar<br>　　Florida Bar No. 1002241<br>　　Jeremy S. Rosner<br>　　Florida Bar No. 1018158<br>　　2255 Glades Road, Suite 200E<br>　　Boca Raton, FL 33432<br>　　(305) 766-5555<br>　　hdubosar@wsh-law.com<br>　　kdoyle@wsh-law.com<br>　　hrdubosar@wsh-law.com<br>　　tnovak@wsh-law.com<br>　　jrosner@wsh-law.com |
| Attorneys for Counterclaim Plaintiff First Coast Energy, L.L.P. | Attorneys for Counterclaim Defendant Boca Gas Company Holdings 2, LLC |

2

Burr & Forman LLP

By:   */s/ John S. Baker, IV*
    John S. Baker, IV
    Florida Bar No. 1005167
    50 N. Laura Street, Suite 3000
    Jacksonville, FL 32202
    (904) 232-7227
    jsbaker@burr.com
    tthompson@burr.com

Attorneys for Counterclaim Defendants
ECM-BG2-Jacksonville, FL-1-UT, LLC;
ECM-BG2-Jacksonville, FL-2-UT, LLC;
ECM-BG2-Jacksonville, FL-3-UT, LLC;
ECM-BG2-Jacksonville, FL-4-UT, LLC;
ECM-BG2-Jacksonville, FL-5-UT, LLC;
ECM-BG2-Jacksonville, FL-6-UT, LLC;
ECM-BG2-Jacksonville, FL-7-UT, LLC;
ECM-BG2-Lake City, FL-1-UT, LLC;
ECM-BG2-Orange Park, FL-1-UT, LLC;
ECM-BG2-Ormond Beach, FL-1-UT, LLC;
ECM-BG2-St Augustine, FL-1-UT, LLC;
ECM-BG2-Yulee, FL-1-UT, LLC

De Varona Law

By:   */s/ Alexandra Sierra-De Varona*
    Alexandra Sierra-De Varona
    Florida Bar No. 195928
    4800 N. Federal Hwy, Suite 104-D
    Boca Raton, FL 33431
    (561) 600-9070
    asd@devaronalaw.com

Attorneys for Counterclaim Defendants
Hani Baskaron and Salpie Baskaron

Law Office of Mark S. Roher, P.A.

By:   */s/ Mark S. Roher*
    Mark S. Roher
    Florida Bar No. 178098
    1806 N. Flamingo Road, Suite 300
    Pembroke Pines, FL 33028
    (954) 353-2200
    mroher@markroherlaw.com

Attorneys for Counterclaim Defendants
Ali Jaferi and Ather Jaferi

The Fuqua Firm P.A.

By:   */s/ Cameron K. Fuqua*
    Cameron K. Fuqua
    Florida Bar No. 1004375
    97 W. Oak Avenue
    Panama City, FL 32401
    (850) 656-6254
    cameron@attorneyforthat.com
    pleading@attorneyforthat.com

Attorneys for Counterclaim
Defendant Palm Holding Realty LLC

4864-4980-9912