UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOCA GAS COMPANY
HOLDINGS 2, LLC, a Florida
Limited Liability Company,

      Plaintiff,

                                     Case No.:  3:23-cv-366-BJD-PDB

v.

FIRST COAST ENERGY, LLP,
Colorado limited partnership,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Status Report filed by the parties on November 13, 2024 (Doc. 137; Report) and Counterclaim Defendant, Ali Jaferi's Renewed Motion to Dissolve Injunction (Doc. 138).  In the Report, the Court is advised that the parties have finalized a settlement agreement as to all issues in this matter.  See Report at 1.  Previously, the Court enjoined Ali Jaferi from possessing firearms, consuming alcohol with his prescribed medication, harassing other parties or witnesses, and communicating directly with Defendant. (Doc. 98). The Court stated that Mr. Jaferi could seek relief from the injunction once the case was resolved. (Doc. 129). Now that the case is fully resolve, the injunction is due to be dissolved.

Accordingly, it is hereby

**ORDERED**:

1. This Court's Order to Show Cause (Doc. 134) is **DISCHARGED**.

2. This case is **DISMISSED with prejudice.**

3. Counterclaim Defendant, Ali Jaferi's Renewed Motion to Dissolve Injunction (Doc. 138) is **GRANTED**. The Court's Order of Injunction (Doc. 98) is **VACATED** and the injunction **DISSOLVED**.

4. Each party shall bear its own costs and fees.

5. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this ___20th___ day of March, 2025.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap/2*